642

No. —. Ex parte E. R. Lindsey. April 22, 1940. Application denied.

No. 499. Federal Communications Commission v. Sanders Brothers Radio Station. April 22, 1940. The opinion in this case is amended by inserting the word "financially" between the words "be" and "injured," in the last line on page 5, and by striking from the opinion the first full sentence, beginning "In" and ending "remedy," on page 6. The petition for rehearing is denied.

Opinion reported as amended, *ante*, p. 470.

No. 582. Puerto Rico v. Rubert Hermanos, Inc. January 29, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Messrs. William Cattron Rigby, Nathan R. Margold,* and *George A. Malcolm* for petitioner. *Mr. Henri Brown* for respondent. By leave of Court, *Solicitor General Jackson* filed a brief on behalf of the United States, as *amicus curiae,* in support of the petition.

No. 587. United States v. City and County of San Francisco. January 29, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Solicitor General Jackson* for the United States. *Messrs. John J. O'Toole, Dion R. Holm, Robert M. Searls,* and *Garret W. McEnerney* for respondent.

No. 595. Kersh Lake Drainage District et al. v. Johnson. January 29, 1940. Petition for writ of